IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BRETT WEBSTER, )
)
       Plaintiff, )
)
v. ) Civil Action No. 1:19-cv-709
)
NATIONWIDE INSURANCE COMPANY )
OF AMERICA, )
)
       Defendant. )

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 24, 2020. The Report and Recommendation gave Plaintiff a twenty-one (21) day period to respond. Plaintiff has not filed an objection to the Report and Recommendation. Based on a de novo review of the evidence, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation; and, it is hereby

ORDERED that Defendant's Motion for Entry of An Order be GRANTED; and this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 18, 2020